# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

HAROLD DAVID SOBEL,

Defendant.

Case No.   2:21-mj-0670-NJK

(Filed Under Seal)

### Order Granting Government's Motion to Seal Complaint

Based on the pending Motion of the government, and good cause appearing, IT IS HEREBY ORDERED that the Complaint, the Motion, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 6th day of August, 2021.

HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3