CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Ronald.Cheng@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD DAVID SOBEL,<br><br>Defendant. | Case No. 2:21-mj-0670-NJK<br><br>Order Granting<br>**Motion for Government Attorney Appearance Under Local Rule IA 11-3** |

    The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Wei Xiang and Meredith Healy, Trial Attorneys with the United States Department of Justice, Consumer Protection Branch, be permitted to appear before this Court in the above-captioned case.

    Mr. Xiang is a member in good standing of the bar of the State of Florida, he is employed by the United States as an attorney, and, in the course and scope of his employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Ms. Healy is a member in good standing of the bars of the State of Maryland and the District of Columbia, she is employed by the United States as an attorney, and, in the course and scope of her employment, she has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: August 16, 2021.

Respectfully submitted,

/s/ Ronald L. Cheng
RONALD L. CHENG
Assistant United States Attorney
Chief, Criminal Division

IT IS SO ORDERED: _____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: August 17, 2021